IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GARRETT CHAMBLIS**
ADC #159706                                                                                                                 **PLAINTIFF**

**v.**                    **Case No. 5:17-cv-000254-KGB/JTR**

**E. BLAND, APN,**
**Varner Super Max Unit, ADC,** *et al*.                                                     **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Garrett Chamblis's complaint is dismissed. The relief requested is denied.

So adjudged this the 17th day of March, 2020.

                                                                                                            Kristine G. Baker
                                                                                                            United States District Judge